# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA SCHREIBER,<br>        Plaintiff,<br><br>        v.<br><br>ICONMA, LLC, et al.,<br>        Defendants. | CV 20-7985 DSF (AGRx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

　　Defendants removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more limited liability company parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Defendants are ordered to file an amended notice of removal no later than September 28, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

　　IT IS SO ORDERED.

Date: September 14, 2020

　　　　　　　　　　　　　　　　　　　　 _Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　 Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　 United States District Judge